IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR426 |
| vs. | ) | ORDER |
| MICHAEL QUINLAN, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Michael Quinlan (Quinlan) for a continuance of the arraignment on the Indictment (Filing No. 21). Quinlan was arrested on a Complaint and initially appeared before the court on October 25, 2013. Quinlan was released on conditions pending disposition of the case on November 7, 2013 (Filing No. 16). The Grand Jury returned an Indictment on November 20, 2013 (Filing No. 18).

**IT IS ORDERED:**

1. The motion is granted. Quinlan shall appear for arraignment on **December 2, 2013, at 1:30 p.m.** in Courtroom No. 7, Second Floor, Roman L. Hruska U.S, Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., **the time between November 22, 2013, and December 2, 2013**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 22nd day of November, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge