IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL QUINLAN,<br><br>    Defendant. | **8:13CR426**<br><br>**ORDER** |

Before the court is defendant's Motion to Extend Self-Surrender Date, Filing No. 49. After considering the matter,

IT IS ORDERED that the defendant's motion is granted, and the defendant's self-surrender date is continued to **on or before November 12, 2014.**

Dated this 14th day of August, 2014.

            BY THE COURT:

            s/ Joseph F. Bataillon
            United States District Judge